[No. 9307–7–III.   Division Three.   August 10, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK ROBERT GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–1–00982–4, Harold D. Clarke, J., entered May 3, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.

[No. 22010–1–I.   Division One.   August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIE JAMES COLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01932–9, Shannon Wetherall, J., entered March 15, 1988. *Remanded* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Winsor, JJ.

[No. 21984–7–I.   Division One.   August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTWONNE DORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–05463–4, George T. Mattson, J., entered February 29, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.